JD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT |
| - against - | (T. 18, U.S.C., § 922(g)(1)) |
| SHAWN CHAMPELLE, | 21-MJ-1270 |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      JAMES MENTON, being duly sworn, deposes and states that he is a Detective with the New York City Police Department ("NYPD"), duly appointed according to law and acting as such.

      Upon information and belief, on or about November 3, 2021, within the Eastern District of New York, the defendant SHAWN CHAMPELLE, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a .38 caliber revolver loaded with ammunition.

      (Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and grounds for his belief are as follows:[1]

1. I am a Detective with the NYPD and have been so employed for approximately 28 years. I have been involved in the investigation of numerous cases involving firearms offenses. I am familiar with the facts and circumstances set forth below from my personal involvement in this investigation, my review of documents, records and reports, and from reports made to me by other law enforcement officers and personnel. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On or about November 3, 2021, at approximately 12:45 P.m., Officer-1 and Officer-2[2] of the NYPD were on patrol in uniform in an unmarked Police car in Brooklyn, New York near the vicinity of 688 Pennsylvania Avenue.

3. As they approached the corner, Officer-1 and Officer-2 observed the defendant SHAWN CHAPELLE throw a firearm to the street.

4. Officers then recovered a loaded .38 caliber pistol bearing serial number 43716, and ammunition. (the "Firearm") from the ground where CHAPPELLE threw it.

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth each and every fact I have learned during the course of this investigation.

[2] Because multiple law enforcement personnel were involved in the incident, I refer to the officers as Officer-1 and Officer-2 for ease of reference. The identities of each of these individuals are known to the affiant, and I have interviewed Officer- and Officer-2 about the events set forth herein.

5. Based on my discussions with an interstate nexus expert from ATF and database checks and my prior experience, I know that the Firearm was manufactured outside the State of New York.

6. I have also reviewed the defendant's criminal history, and based upon that review, the defendant was convicted in the Supreme Court of the State of New York, New York County, on or about June 16, 2011 of Robbery in the First Degree, in violation of New York Penal Law § 160.15, a felony punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant SHAWN CHAPPELLE so that he may be dealt with according to law.

S/ James Menton

JAMES MENTON
Detective
New York City Police Department

Sworn to before me telephonically this
4th day of November, 2021

S/ Cheryl Pollak

THE HONORABE CHEYRL M. POLLACK
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK